**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LISA GRAFF, *et al.*, | |
| Plaintiffs, | NO. 3:16-CV-02381 |
| v. | (JUDGE CAPUTO) |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

**ORDER**

**NOW**, this 2nd day of December, 2016, **IT IS HEREBY ORDERED** that the instant case is **REMANDED** to the Court of Common Pleas of Lackawanna County. The Clerk of Court is directed to mark the case as **CLOSED**.

                                                             /s/ A. Richard Caputo
                                                            A. Richard Caputo
                                                            United States District Judge